IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH RHINEHART, ) | No. C 11-0812 JSW (PR) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING EXTENSION** |
| ) | **OF TIME; DENYING MOTION** |
| v. ) | **TO COMPEL** |
| ) | |
| MATTHEW CATE, Director of the ) | |
| California Department of Corrections and ) | |
| Rehabilitation; A. HEDGPETH, Warden; ) | |
| K. HARRINGTON, Warden, ) | |
| ) | **(Docket Nos. 24, 28, 31)** |
| Defendants. ) | |

Good cause appearing, Defendants' motions for an extension of time in which to file a dispositive motion and to file an opposition to Plaintiff's motion for a preliminary injunction, to and including April 9, 2012, is GRANTED. (Docket Nos. 24, 28.) Plaintiff's motion to compel discovery is DENIED because he did not comply with the requirement to meet and confer with Defendants to attempt in good faith to resolve his discovery requests prior to filing such a motion. *See* Fed. R. Civ. P. 37(a). (Docket No. 31.)

IT IS SO ORDERED.

DATED: April 9, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH RHINEHART,

    Plaintiff,

v.

MATTHEW CATE et al,

    Defendant.

Case Number: CV11-00812 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael L. Rhinehart #:C39412
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: April 9, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk