IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH RHINEHART,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, Director of the California Department of Corrections and Rehabilitation; A. HEDGPETH, Warden; K. HARRINGTON, Warden,<br><br>    Defendants.<br>_____ | No. C 11-0812 JSW (PR)<br><br>**ORDER PROVIDING PLAINTIFF NOTICE AND WARNING; SCHEDULING SUPPLEMENTAL BRIEFING** |

    Plaintiff, a California prisoner pro se, filed this civil rights action under 42 U.S.C. 1983. Defendants have filed motion to dismiss in which they argue that Plaintiff's claims are not exhausted as required by 42 U.S.C. 1997e. Pursuant to *Woods v. Carey*, No. 09-15548, slip op. 7871, 7884-85 (9th Cir. July 6, 2012), Plaintiff is given the following notice and warning for a second time:

    **If defendants file an unenumerated motion to dismiss for failure to exhaust, they are seeking to have your case dismissed. If the motion is granted it will end your case.**

    **You have the right to present any evidence you may have which tends to show that you did exhaust your administrative remedies. Such evidence may be in the form of declarations (statements signed under penalty of**

**perjury) or authenticated documents, that is, documents accompanied by a declaration showing where they came from and why they are authentic, or other sworn papers, such as answers to interrogatories or depositions.**

**If defendants file a motion to dismiss and it is granted, your case will be dismissed and there will be no trial.**

See also *Wyatt v. Terhune*, 315 F.3d 1108, 1120 n. 4 (9th Cir. 2003).

Plaintiff may supplement his opposition to Defendants' motion in light of the foregoing on or before **August 1, 2012.** Defendants shall file a supplemental reply brief within **7 days** of the date any supplemental opposition is filed. If Plaintiff does not supplement his opposition, Defendants' motion will be decided on the papers that have already been filed.

**IT IS SO ORDERED.**

DATED: July 11, 2012

JEFFREY S. WHITE
United States District Judge

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

MICHAEL JOSEPH RHINEHART,

    Plaintiff,

 v.

MATTHEW CATE et al,

    Defendant.

Case Number: CV11-00812 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael L. Rhinehart #:C39412
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: July 11, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk