UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL L. RHINEHART,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al,<br><br>    Defendants.<br>_____ / | No. 3:11-CV-0812 JST  (NJV)<br><br>ORDER AND WRIT OF HABEAS<br>CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of MICHAEL L. RHINEHART, inmate no. C-39412, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 28, 2014

                                            NANDOR J. VADAS<br>
                                            United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    WARDEN, SALINAS VALLEY STATE PRISON

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of MICHAEL L. RHINEHART, inmate no. C-39412, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 1:00 pm. on April 11, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of RHINEHART V. CATE, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or

**United States District Court**
For the Northern District of California

1  abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of
2  said prisoner, and further to produce said prisoner at all times necessary until the termination of the
3  proceedings for which his testimony is required in this Court;
4     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
5  for the Northern District of California.

7  Dated: February 28, 2014

8         RICHARD WIEKING
       CLERK, UNITED STATES DISTRICT COURT

9  By: Linn Van Meter
10     Administrative Law Clerk

13 Dated: February 28, 2014



NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL L. RHINEHART,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | No. 3:11-CV-00812 JST (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on February 28, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael L. Rhinehart
#:C39412
Salinas Valley State Prison
P.O. Box 1050, B2-126
Soledad, CA 93960-1050

Litigation Coordinator
Salinas Valley State Prison
PO Box 1020
Soledad, CA  993960-1020

(by fax also)

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas