UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. RHINEHART,

    Plaintiff,

  v.

MATTHEW CATE, et al.,

    Defendants.

Case No. 11-cv-00812-JST   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on April 11, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff, Michael Rhinehart, Pro Se

    ( ) Warden or warden's representative

    (X) Office of the California Attorney General, Kevin Voth

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1   ( X )  The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated:  April 25, 2014



4   _____
5   NANDOR J. VADAS
    United States Magistrate Judge