UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. RHINEHART,

    Plaintiff,

v.

K. HARRINGTON,

    Defendant.

Case No.  11-812 JST (PR)

**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT**

    Michael J. Rhinehart, a state prisoner proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983, arguing that defendants Cate, Harrington, and Hedgpeth violated Rhinehart's constitutional rights.  On February 12, 2014, the Court granted in part and denied in part defendants' motion for summary judgment, then referred this case to Magistrate Judge Nandor Vadas for mediation.  The only claim surviving summary judgment motion alleged that Harrington violated Rhinehart's right to equal protection.  On April 25, 2014, Judge Vadas reported that the case did not settle.  Thus, it appears that this case will be tried.  The Court concludes that counsel should be appointed, and refers this matter to the Federal Pro Bono Project to find counsel.  Upon an attorney being located to represent Rhinehart, that attorney shall be appointed as counsel for Rhinehart in this matter until further order of the Court.  All proceedings in this action are stayed until four weeks from the date an attorney is appointed.

    **IT IS SO ORDERED.**

Dated: May 9, 2014

_____
JON S. TIGAR
United States District Judge