UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. RHINEHART,<br><br>    Plaintiff,<br><br>    v.<br><br>K. HARRINGTON,<br><br>    Defendant. | Case No.  11-812 JST (PR)<br><br>**ORDER APPOINTING COUNSEL** |

The Court previously referred this matter to the Federal Pro Bono Project to seek pro bono counsel for Plaintiff.  ECF No. 97.

The Bar Association of San Francisco's Volunteer Legal Service Program has informed the Court that Khaldoun Baghdadi of Walkup Melodia Kelly, located at 650 California Street 26FL, San Francisco, CA 94108, has agreed to serve as appointed pro bono counsel for Rhinehart. Mr. Baghdadi is hereby APPOINTED as counsel for Rhinehart pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.  The scope of this referral shall be for all purposes for the duration of the case.

The Court further sets the matter for a case management conference on Wednesday, July

/ / /

/ / /

/ / /

/ / /

/ / /

23, 2014 at 2:00 p.m.  A joint case management statement pursuant to Civil Local Rule 16-9 must be filed at least ten court days beforehand.

**IT IS SO ORDERED.**

Dated:  May 19, 2014

JON S. TIGAR
United States District Judge

2