LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

FILED
JUL 09 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. RHINEHART,<br><br>Plaintiff,<br><br>v.<br><br>K. HARRINGTON,<br><br>Defendants. | Case No. 11-812 JST (PR)<br><br>~~STIPULATION AND [PROPOSED]~~<br>**ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE** |

TO THE HONORABLE COURT:

1. Since the appointment of counsel for plaintiff, the parties have commenced informal discussions regarding the procedural status of the case.

2. Counsel for Plaintiff has exchanged correspondence with his client, and recently obtained the requisite security clearance to visit plaintiff in the Salinas Valley State Prison.

3. Counsel for Plaintiff is set for trial in San Francisco Superior Court on July 14, 2014.

4. Counsel for Plaintiff has conferred with counsel for Defendant Harrington, and the parties agree and respectfully request that the due date for the parties' Joint Case Management Statement, currently set for July 9, 2014, be extended to August 13, 2014, and the Joint Case Management Conference, currently set for July 23, 2014, be continued to August 27, 2014.

5. The parties thank the court for considering this request.

Respectfully submitted:

Dated: July 7, 2014                     CALIFORNIA DEPARTMENT OF JUSTICE

                                        /s/ Kevin A. Voth
                                        KEVIN A. VOTH
                                        Deputy Attorney General
                                        Attorneys for Defendant Harrington

Dated: July 7, 2014                     WALKUP, MELODIA, KELLY & SCHOENBERGER

                                        /s/ Khaldoun A. Baghdadi
                                        KHALDOUN A. BAGHDADI
                                        Attorneys for Plaintiff Rhinehart

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: July 7, 2012                     /s/ Khaldoun A. Baghdadi
                                        KHALDOUN A. BAGHDADI

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE - CASE NO. 11-812 JST (PR)

# [PROPOSED] ORDER

IT IS SO ORDERED.

The Joint Case Management Conference is now continued from July 23, 2014 to its new date of August 27, 2014 at 2:00 p.m. in Courtroom 9.

The Joint Case Management Conference Statement will be due on August 13, 2014.

Dated: 7/9/14

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION AND [PROPOSED] ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE - CASE NO. 11-812 JST (PR)