| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| | Attorney General of California |
| 2 | THOMAS S. PATTERSON |
| | Supervising Deputy Attorney General |
| 3 | KEVIN A. VOTH |
| | Deputy Attorney General |
| 4 | State Bar No. 257227 |
| |   455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004 |
| |   Telephone:  (415) 703-1624 |
| 6 |   Facsimile:  (415) 703-5843 |
| |   E-mail: Kevin.Voth@doj.ca.gov |
| 7 | *Attorneys for Defendant K. Harrington* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **MICHAEL J. RHINEHART**, | Case No. C 11-0812 JST (PR) |
|                          Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| **MATTHEW CATE, et al.**, | |
|                         Defendants. | |

    Plaintiff Michael J. Rhinehart and Defendant K. Harrington have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

Each party shall bear his own litigation costs and attorney's fees.

It is so stipulated.

Dated: December 15, 2014          /s/ Khaldoun A. Bagdhadi
                                  Khaldoun A. Bagdhadi
                                  Walkup, Melodia, Kelly & Schoenberger
                                  *Attorney for Plaintiff Michael Rhinehart*

Dated: December 15, 2014          /s/ Kevin A. Voth
                                  Kevin A. Voth[1]
                                  Deputy Attorney General
                                  *Attorney for Defendant K. Harrington*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: December 16, 2014
                                  The Honorable
                                  UNITED STATES

                                  **IT IS SO ORDERED**
                                  Judge Jon S. Tigar

SF2011201005
41106563.doc

---

[1] Defendant's counsel attests that Plaintiff's counsel concurs in the filing of this stipulation and gave permission to file it with his electronic signature. Civ. L.R. 5-1(i)(3).

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 11-0812 JST (PR))